UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NESTOR BERON

    Plaintiff,

v.                             CASE NO. 8:10-CV-1014-T-33TBM

MIGUEL ALVAREZ, D/B/A GUSTECH
COMMUNICATIONS-ORLANDO,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF COMPLIANCE WITH COURT'S SCHEDULING ORDER

Defendant Miguel Alvarez d/b/a Gustech Communications – Orlando, hereby files this Notice of Compliance with the Court's Scheduling Order of June 3, 2010 (Doc. 8; "Scheduling Order"), and states as follows:

1. In compliance with the terms of paragraph 2 of the Scheduling Order, Defendant files the Verified Summary of Hours and Earnings for Plaintiffs Nestor Beron ("Beron"), Armando Castro ("Castro"), and Angel Rivera ("Rivera"), attached as Exhibit A.

2. Further, in compliance with the terms of paragraph 2 of the Scheduling Order, Defendant states that the following have been served on counsel for Plaintiff:

    (a) spreadsheet showing the earnings of Beron, Castro and Rivera during the relevant period for each Plaintiff supporting the Verified Summary of Hours and Earnings for each Plaintiff[1], attached as Exhibit B;

---

[1] Time records are non-existent as Plaintiffs were Independent Contractors for Defendant.

      (b)      Bank of America checking account statements for Gustech Communications; and

      (c)      Payroll records for Beron, Castro and Rivera.

Respectfully Submitted,

s/Kathryn A. Terry
James G. Brown
Florida Bar No. 0126331
jbrown@fordharrison.com
Kathryn A. Terry
Florida Bar No. 0584991
kterry@fordharrison.com
FORD & HARRISON LLP
300 South Orange Avenue
Suite 1300
Orlando, Florida 32801
Telephone: (407) 418-2300
Facsimile: (407) 418-2327

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 12, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Kathryn A. Terry
Kathryn A. Terry

Orlando:171868.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NESTOR BERON,

    Plaintiff,

v.                                    CASE NO. 8:10-CV-1014-T-33TBM

MIGUEL ALVAREZ, D/B/A GUSTECH
COMMUNICATIONS-ORLANDO,

    Defendant.
_____/

## DEFENDANT'S VERIFIED SUMMARY OF HOURS AND EARNINGS OF PLAINTIFFS NESTOR BERON, ARMANDO CASTRO AND ANGEL RIVERA

1. My name is Miguel Alvarez and I am over eighteen years of age.

2. I am the Owner of Gustech Communications-Orlando ("Defendant"). I have held this position since March 2009.

3. I either have personal knowledge of the facts set forth in this Verified Summary of Hours and Earnings of Plaintiffs Nestor Beron ("Beron"), Armando Castro ("Castro") and Angel Rivera ("Rivera") or have obtained such knowledge from a review of the relevant records made and maintained by Defendant in the course of its regularly conducted business.

4. Defendant is a communications company that installs satellite dishes.

5. Beron, Castro and Rivera are not now, and never have been, employees of Defendant.

**EXHIBIT A**

6. Defendant engaged the services of Beron on or about August 1, 2009. This relationship continued until March 8, 2010.

7. Defendant engaged the services of Castro on or about August 11, 2009. This relationship continued until March 5, 2010.

8. Defendant engaged the services of Rivera on or about August 1, 2009. This relationship continued until December 11, 2009.

9. Beron, Castro and Rivera are not now receiving, and never have received, wages or salary from Defendant.

10. Provided with this Verified Summary, at Attachment B, is a spreadsheet that shows the earnings of Beron, Castro and Rivera as Independent Contractors during the relevant period of time for each of them.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 7-12-2010

Miguel Alvarez

## SUMMARY OF PAYMENTS

### GUSTECH COMMUNICATIONS-ORLANDO

2009 Total Deposit/Income $257,521.80
(From March to December)
2010 Total Deposit/Income $192,023.60
(From Jan. to May)
This reflects all deposits including Miguel Alvarez's personal investment to open the company. All figures have been taken from Bank of America's Checking Account Statements (copies provided to counsel for Plaintiff).

### NESTOR DARIO BERON
Nestor Dario Beron was paid a total of $12,256.50 in 2009 and
Nestor Dario Beron was paid a total of $9,800.24 in 2010
For a total of $ 22,056.74, paid to Nestor Dario Beron for, 2009 & 2010

### ARMANDO CASTRO
Armando Castro was paid a total of $7,136.00 in 2009 and
Armando Castro was paid a total of $3,247.37 in 2010
For a total of $ 10,383.37, paid to Armando Castro for 2009 & 2010

### ANGEL RIVERA
Angel Rivera was paid a total of $5,899.00 in 2009 and
No payments for 2010

### EXHIBIT B

Orlando:171864.1