FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

11 FEB 22 PM 3:04

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

NESTOR BERON,
    Plaintiff,

V.                                      Case No. 8:10-cv-1014-T-33TBM

MIGUEL ALVAREZ d/b/a
GUSTECH COMMUNICATIONS-
ORLANDO,
    Defendant.
_____/

### DEFENDANT'S MOTION OPPOSING "GRANTED PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS"

DEFENDANT MIGUEL ALVAREZ opposes "GRANTED PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS ORDER" AND STATES AS FOLLOWS:

1. Defendant Miguel Alvarez, was not advised of Plaintiff's Motion to Compel and For Sanctions.
2. Defendant Miguel Alvarez, was never served with Plaintiff's Motion to Compel and For Sanctions.
3. Defendant Miguel Alvarez, has advised the Plaintiff's attorney that he is Pro Se and the mailing address is: 1413 Shorewood Dr, Auburndale, Fl. 33823.
4. Defendant, has reasons for failing to file responses to written discovery propounded by plaintiff to Alvarez, within the time asked by Plaintiff's attorney.
5. Defendant, had to get information and needed time to investigate in order to file the interrogatories.
6. Defendant, will be filing the interrogatories by February 25th, 2011.

Defendant Miguel Alvarez, hereby prays that Honorable Thomas B. McCoun III, United States Magistrate judge reverses the Granted Order and allows Defendant to file the interrogatories by February 25th, 2011 without any sanctions.

Page 1 of 2

Case No: 8:10-cv-01014-VMC-TBM    Page 2 of 2

Dated:        This 22nd, day of February, 2011

Respectfully submitted,

By:    Miguel Alvarez, Pro Se
       1413 Shorewood Dr
       Auburndale, Florida 33823
       407 459-3550

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22nd, 2011, a copy of this DEFENDANT'S MOTION OPPOSING "GRANTED PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS ORDER" was sent via U.S. Mail to Plaintiff's counsel to and at:  C. RYAN MORGAN, ESQ., 20 N. Orange Ave., 4th floor, Orlando, Florida 32802

Miguel Alvarez, Pro Se
1413 Shorewood Dr
Auburndale, Fl 33823
407 459-3550