IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NESTOR BERON, ON BEHALF OF**      CASE NO.: 8:10-CV-1014-T33-TBM
**HIMSELF AND THOSE SIMILARLY**
**SITUATED,**

      **Plaintiff,**

vs.

**MIGUEL ALVAREZ, D/B/A**
**GUSTECH COMMUNICATIONS -**
**ORLANDO,**

      **Defendant.**
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF
DEADLINE TO SUBMIT AFFIDAVIT OF ATTORNEYS' FEES AND COSTS
ASSOCIATED WITH HIS MOTION TO COMPEL**

Plaintiff, NESTOR BERON, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court for an extension of the deadline to submit an affidavit of costs and expenses associated with Plaintiff's Motion to Compel (D.E. 25) from March 1, 2011 to March 14, 2011, and in support thereof states:

1. On February 14, 2011, this Court entered an Order (D.E. 25) granting Plaintiff's Motion to Compel Discovery (D.E. 24) and directed Plaintiff's Counsel submit an affidavit of costs and expenses associated with Plaintiff's Motion to Compel on or before March 1, 2011.

2. Subsequent to this Court's Order (D.E. 25), Defendant filed a Motion for Reconsideration (D.E. 26), and the Parties also requested, and were granted, a status conference before this Court to discuss the outstanding discovery issues. *See* D.E. 28, 29, and 30.

3. This Court granted Plaintiff's motion and a telephone status conference is scheduled for March 10, 2011 at 11:00 a.m.. *See* D.E. 30.

4. Plaintiff seeks an extension to file his affidavit of attorneys' fees and costs until after the scheduled telephonic hearing so that the Parties and Court can discuss this issue and other outstanding issues. It is possible that the Parties and Court may come to a conclusion that would make the affidavit of fees and costs moot.

5. Accordingly, Plaintiff respectfully requests an extension to submit his affidavit of attorneys' fees and costs to March 14, 2011.

### MEMORANDUM OF LAW

Pursuant to Fed. R. Civ. P. 6(b)(1) a court may extend the deadline for an act to be done if good cause is shown and the request is made before the deadline expires. Here, good cause exists to extend the deadline for Plaintiff to submit his affidavit of attorneys' fees and costs in order for the Parties to attend the telephonic hearing scheduled for March 10, 2011, and potentially resolve this issue. Also, this request is made before the deadline has expired and will not prejudice any other party if granted.

### 3.01(g) Certification

Plaintiff's counsel has contacted Defendant pursuant to Local Rule 3.01(g) to inquire whether he objects to this motion, but Defendant has not yet responded to Plaintiff's counsel. If Defendant responds subsequent to the filing of this Motion, Plaintiff will amend this certification.

**WHEREFORE,** Plaintiff, NESTOR BERON, respectfully requests this Court grant this Motion and extend the deadline to submit a cost and expense affidavit to March 14, 2011.

Respectfully submitted this 1st day of March, 2011.

**/s/ C. RYAN MORGAN**
C. Ryan Morgan, Esq.
Florida Bar No. 0015527
MORGAN & MORGAN, P.A.

20 N. Orange Ave., 4th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Phone:  (407) 420-1414
Fax: (407) 420-5956
Email: rmorgan@forthepeople.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to the following: None.  I further certify that a copy of the foregoing was served via U.S. Mail on the following non-CM/ECF participants: Miguel Alvarez d/b/a Gustech Communications-Orlando, 11753 South Orange Blossom Trail, Warehouse E, Orlando, FL 32837, Defendant, Pro Se.

                                             **C. RYAN MORGAN**
                                             C. RYAN MORGAN, ESQ.