UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NESTOR BERON, ANGEL RIVERA and
ARMANDO CASTRO,

    Plaintiffs,

vs.                              CASE NO.: 8:10-cv-1014-T-33TBM

MIGUEL ALVAREZ D/B/A Gustech
Communications-Orlando,

    Defendant.
_____/

**We the jury, return the following verdict:**

Do you find from a preponderance of the evidence:

1. That Plaintiff Nestor Beron was an employee of Defendant and not an independent contractor?

    YES _____          NO ____✓____

    *If you answered "Yes" to question 1, proceed to question 2.*

    *If you answered "No" to question 1, proceed to question 5.*

2. That Plaintiff Nestor Beron was an employee engaged in commerce or the production of goods for commerce?

    YES _____          NO _____

    *If you answered "Yes" to question 2, proceed to question 3.*

    *If you answered "No" to question 2, proceed to question 5.*

1

3. That the Defendant failed to pay Plaintiff Nestor Beron the minimum wage or overtime pay required by law?

   YES _____     NO _____

   *If you answered "Yes" to question 3, proceed to question 4.*

   *If you answered "No" to question 3, proceed to question 5.*

4. That Plaintiff Nestor Beron should be awarded the following damages:  $ _____

   **Proceed to question 5.**

5. That Plaintiff Angel Rivera was an employee of Defendant and not an independent contractor?

   YES _____     NO ✓

   *If you answered "Yes" to question 5, proceed to question 6.*

   *If you answered "No" to question 5, proceed to question 9.*

6. That Plaintiff Angel Rivera was an employee engaged in commerce or the production of goods for commerce?

   YES _____     NO _____

   *If you answered "Yes" to question 6, proceed to question 7.*

   *If you answered "No" to question 6, proceed to question 9.*

7. That the Defendant failed to pay Plaintiff Angel Rivera the minimum wage or overtime pay required by law?

   YES _____     NO _____

*If you answered "Yes" to question 7, proceed to question 8.*

*If you answered "No" to question 7, proceed to question 9.*

8. That Plaintiff Angel Rivera should be awarded the following damages: $ _____

**Proceed to question 9.**

9. That Plaintiff Armando Castro was an employee of Defendant and not an independent contractor?

    YES _____        NO ____✓____

*If you answered "Yes" to question 9, proceed to question 10.*

*If you answered "No" to question 9, do not answer any other questions on the verdict form. Sign and date the form and hand it to the Court Security Officer.*

10. That Plaintiff Armando Castro was an employee engaged in commerce or the production of goods for commerce?

    YES _____        NO _____

*If you answered "Yes" to question 10, proceed to question 11.*

*If you answered "No" to question 10, do not answer any other questions on the verdict form. Sign and date the form and hand it to the Court Security Officer.*

11. That the Defendant failed to pay Plaintiff Armando Castro the minimum wage or overtime pay required by law?

    YES _____        NO _____

3

*If you answered "Yes" to question 11, proceed to question 12.*

*If you answered "No" to question 11, do not answer any other questions on the verdict form. Sign and date the form and hand it to the Court Security Officer.*

12. That Plaintiff Armando Castro should be awarded the following damages: $ _____

SO SAY WE ALL.

DATED this ____22nd____ day of November 2011, at Tampa, Florida.

_____
FOREPERSON  Amanda Chenowith